[No. 7402–4–I.  Division One.  May 19, 1980.]

BETTY S. MORGAN, *Plaintiff,* v. SELECT CARS OF BURIEN, INC., *Appellant,* DAVID J. REED, ET AL, *Defendants,* PHILLIP J. CARSON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 810245, Francis E. Holman, J., entered January 30, 1979. *Reversed in part* and *remanded* by unpublished opinion per Ringold, J., concurred in by Swanson and Andersen, JJ.

[No. 7469–5–I.  Division One.  May 19, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES A. JOLLO, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87988, Gerard M. Shellan, J., entered March 2, 1979. *Affirmed* by unpublished opinion per Andersen, J., concurred in by James, A.C.J., and Dore, J.

[No. 7534–9–I.  Division One.  May 19, 1980.]

RALPH C. MACDONALD, ET AL, *Appellants,* v. ROBERT R. MAYFIELD, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 264567, James V. Ramsdell, J., entered March 2, 1979. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Callow, C.J., and Ringold, J.